UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| PATRICK FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 5:17-cv-00819-HNJ |
| ) | |
| BROOKDALE SENIOR LIVING ) | |
| INC. d/b/a BROOKDALE CEDAR ) | |
| SPRINGS,, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The parties have filed a Joint Motion to Stay Proceedings Pending Arbitration. (Doc. 6). The Court GRANTS this motion and this action is STAYED pending resolution through arbitration. Even so, the Court DIRECTS the Clerk to close this file for administrative and statistical purposes. *See*, *e.g.*, *Taylor v. Citibank U.S.A., N.A.*, 292 F.Supp.2d 1333, 1346 (M.D. Ala. 2003) (closing file administratively after entering stay but advising parties of their right to request reinstatement); *Pitchford*, 285 F.Supp.2d at 1297 (same); *Nazon*, 832 F.Supp. at 1543 (same); *Brown v. Terminix Int'l Co., L.P.*, 2006 WL 181678, at *5 (S.D. Ala. Jan. 24, 2006) (same). That action shall have no effect on the court's retention of jurisdiction, and the file may be re-opened, on either party's motion, for an appropriate purpose, such as dismissal following settlement, entry of judgment, vacatur, or modification of an arbitrator's award. *See* 9 U.S.C. § 9; *Cortez Byrd Chips, Inc. v. Bill Harbert Constr. Co.*, 529 U.S.

193, 201-02 (2000). The parties are DIRECTED to file a notice with the court upon settlement of the case or the conclusion of arbitration, whichever event shall first occur.

DONE and ORDERED this 14th day of June, 2017.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE